**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cecilio HERNANDEZ–PALACIOS,**
**Defendant–Appellant.**

No. 07–14827
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 27, 2008.

Michael W. Johnson, Ocala, FL, for Defendant–Appellant.

Appeal from the United States District Court for the Middle District of Florida. D.C. Docket No. 06–00061–CR–OC–10–GRJ.

Before DUBINA, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Michael Johnson, appointed counsel for Cecilio Hernandez–Palacios, has filed a motion to withdraw on appeal supported by a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Hernandez–Palacios's convictions and sentences are **AFFIRMED**.